FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Homeland Security was received by me on *(date)* 12/04/2020 .

- ☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ✓ Other *(specify)*: I served United State Department of Homeland Security (DHS) by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to DHS on 12/07/2020. Please see attached USPS receipts and delivery confirmations which show that the summons and complaints were delivered to (1) DHS, (2) the Attorney General of the United States, and (3) the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York on or before 12/28/2020 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/28/2020

_____
*Server's signature*

Fikayo Walter-Johnson, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street 18th Floor New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/07/2020 and (2) sending a copy of the complaint and of all summonses to the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 12/07/2020. Please see the attached USPS receipts and delivery notices.







ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

## USPS Tracking®

FAQs >

**Track Another Package +**

Tracking Number: 70202450000216165232

Remove ✕

Your item was delivered to an individual at the address at 11:02 am on December 28, 2020 in WASHINGTON, DC 20528.



**Delivered**

December 28, 2020 at 11:02 am
Delivered, Left with Individual
WASHINGTON, DC 20528

Get Updates ∨

Feedback

---

**Text & Email Updates** 

---

**Tracking History** 

**December 28, 2020, 11:02 am**
Delivered, Left with Individual
WASHINGTON, DC 20528
Your item was delivered to an individual at the address at 11:02 am on December 28, 2020 in WASHINGTON, DC 20528.

**December 28, 2020, 6:58 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 26, 2020**
In Transit to Next Facility

**December 22, 2020, 5:34 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 22, 2020, 9:29 am**
Arrived at USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 21, 2020, 12:36 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 18, 2020, 8:35 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

**December 9, 2020, 11:30 pm**
Arrived at USPS Regional Origin Facility
CAROL STREAM IL DISTRIBUTION CENTER

**December 7, 2020, 4:56 pm**
USPS in possession of item
SKOKIE, IL 60077

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less ∧**

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70202450000216165201

Your item was delivered at 4:52 am on December 28, 2020 in WASHINGTON, DC 20530.



## Delivered

December 28, 2020 at 4:52 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 28, 2020, 4:52 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:52 am on December 28, 2020 in WASHINGTON, DC 20530.

Reminder to Schedule Redelivery of your item

**December 23, 2020, 10:40 am**
Available for Pickup
WASHINGTON, DC 20530

**December 23, 2020, 6:10 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 22, 2020**
In Transit to Next Facility

**December 18, 2020, 9:37 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 17, 2020, 7:30 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 9, 2020, 11:29 pm**
Arrived at USPS Regional Origin Facility
CAROL STREAM IL DISTRIBUTION CENTER

Feedback

**December 7, 2020, 4:56 pm**
USPS in possession of item
SKOKIE, IL 60077

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70202450000216165218

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:45 pm on December 21, 2020 in NEW YORK, NY 10007.

## ✓ Delivered

December 21, 2020 at 1:45 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

December 21, 2020, 1:45 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
Your item was delivered to the front desk, reception area, or mail room at 1:45 pm on December 21, 2020 in NEW YORK, NY 10007.

December 21, 2020, 10:27 am
Out for Delivery
NEW YORK, NY 10007

December 21, 2020, 10:16 am
Arrived at Unit
NEW YORK, NY 10007

December 20, 2020
In Transit to Next Facility

December 19, 2020, 7:22 am
Arrived at USPS Facility
NEW YORK, NY 10007

December 19, 2020, 6:50 am
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

December 18, 2020, 2:46 pm
Arrived at USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

December 16, 2020, 4:11 am
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

December 9, 2020, 11:28 pm
Arrived at USPS Regional Origin Facility
CAROL STREAM IL DISTRIBUTION CENTER

December 7, 2020, 4:56 pm
USPS in possession of item
SKOKIE, IL 60077

Feedback

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™