AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-cv-10083 (PGG) |
| DEP'T OF HOMELAND SECURITY, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 02/01/2021

*Attorney's signature*

Ashley Gorski (AG1027)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad St. 18th Fl.
New York, NY 10004

*Address*

agorski@aclu.org
*E-mail address*

(212) 284-7305
*Telephone number*

(212) 549-2644
*FAX number*