UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION,

                Plaintiff,

- against -

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Defendants.

**ORDER**

20 Civ. 10083 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are directed to submit a joint letter by **January 12, 2024**, informing this Court of the progress of this case.

Dated:  New York, New York
         January 2, 2024

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge