March 14, 2024

*VIA ECF*
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: American Civil Liberties Union v. U.S. Department of Homeland Security, et al., No. 1:20-cv-10083-PGG*

Dear Judge Gardephe,

     Pursuant to this Court's Order of January 16, 2024, ECF No. 41, in the above-referenced Freedom of Information Act ("FOIA") case seeking records related to the defendant agencies' purchase of cell-phone location data for immigration enforcement and other purposes, we write, jointly with counsel for Defendants, to provide this Court an update on the progress of this case.

     Since the last joint status update letter filed on January 11, 2024, ECF No. 40, Plaintiff and Defendants continued to engage in document exchange, review, and negotiation concerning production and redactions. At this time, the parties are actively focusing their efforts on records held by three agencies: U.S. Customs and Border Protection ("CBP"), U.S. Immigration and Customs Enforcement ("ICE"), and the United States Secret Service ("USSS"). Below is a summary of progress broken down by agency:

- **CBP:** Plaintiff notified CBP on January 30, 2024 that Plaintiff does not intend to challenge any of the remaining redactions and withholdings, but had follow-up questions about four records based on CBP representations in its draft *Vaughn* index. On March 6, 2024, CBP responded to Plaintiff's questions and produced re-processed records. Plaintiff anticipates being able to fully review CBP's latest re-processed records and respond to CBP by March 29, 2024.

- **ICE:** On February 8, 2024, Plaintiff responded to ICE's draft *Vaughn* index by (1) reiterating a request for the draft *Vaughn* index to address fully withheld documents, which did not appear to be the case in the draft index received; and (2) highlighting redactions that Plaintiff challenges and seeking to negotiate a resolution before resorting to motion practice. ICE anticipates being able to provide a response by March 30, 2024.

- **USSS:** On February 8, 2024, USSS provided Plaintiff answers to the outstanding questions regarding keyword searches for processing and producing remaining records at issue from USSS. Shortly thereafter, the parties came to an agreement for the search

terms that USSS would use for the remainder of its records production. USSS notified Plaintiff on March 1, 2024 that the search terms would yield a high number of document pages, and the parties are actively negotiating to see if certain documents can be excluded. As part of these negotiations, USSS has offered to provide Plaintiff a sample of certain records based on the agreed-upon search terms by March 30, 2024. USSS also produced its draft *Vaughn* index to Plaintiff on February 28, 2024. After a cursory review, Plaintiff requested that USSS revise its draft *Vaughn* index to include all fully withheld documents. USSS anticipates producing a corrected draft *Vaughn* index and a re-release of certain records by March 30, 2024.

The parties will continue to work diligently to move this case forward. We request leave from the Court to file a further status update letter on May 15, 2024.

Respectfully submitted,

*/s/ Elizabeth Gyori*
Elizabeth Gyori
Nathan Freed Wessler
Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org
agorski@aclu.org
egyori@aclu.org

Robert Hodgson
Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
(212) 607-3300
RHodgson@nyclu.org
*Counsel for Plaintiff*