September 16, 2024

*VIA ECF*
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *American Civil Liberties Union v. U.S. Department of Homeland Security, et al., No. 1:20-cv-10083-PGG*

Dear Judge Gardephe,

Pursuant to this Court's Order of July 16, 2024, ECF No. 47, in the above-referenced Freedom of Information Act ("FOIA") case seeking records related to the defendant agencies' purchase of cell-phone location data for immigration enforcement and other purposes, we write, jointly with counsel for Defendants, to provide this Court an update on the progress of this case.

Since the last joint status update letter filed on July 15, 2024, ECF No. 46, Plaintiff and Defendants have continued to engage in document exchange, review, and negotiation concerning production and redactions. At this time, the parties are actively focusing their efforts on records held by three agencies: U.S. Customs and Border Protection ("CBP"), U.S. Immigration and Customs Enforcement ("ICE"), and the United States Secret Service ("USSS"). Below is a summary of progress broken down by agency:

- **CBP:** The parties came to a tentative agreement resolving the issues in this case concerning CBP on April 17, 2024, pending Plaintiff's receipt of one record from CBP. CBP provided a link to this publicly available record on September 16, 2024.

- **ICE:** On July 12, 2024, ICE produced re-processed records to Plaintiff. Plaintiff reviewed these re-processed records and notified ICE on August 1, 2024 that Plaintiff has no further questions regarding those records for the purpose of the instant litigation. Further, before resorting to motion practice, the parties are currently endeavoring to negotiate a resolution concerning some redactions and withholdings that Plaintiff seeks to further pursue. Specifically, Plaintiff is awaiting a response from ICE about a question that was reiterated to ICE on August 1, 2024. ICE anticipates providing a response to this question by September 27, 2024.

- **USSS:** USSS produced additional responsive records to Plaintiff on June 26, 2024. Plaintiff reviewed the records and requested a draft *Vaughn* index justification for one document on July 10, 2024. Also on July 10, 2024, Plaintiff reiterated its May 13, 2024

request for an update on the status of USSS records that were referred to other agencies for processing.  USSS anticipates providing the requested draft *Vaughn* index justification and status update by September 27, 2024.

The parties will continue to work diligently to move this case forward. We request leave from the Court to file a further status update letter on November 15, 2024.

Respectfully submitted,

*/s/ Elizabeth Gyori*
Elizabeth Gyori
Nathan Freed Wessler
Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org
agorski@aclu.org
egyori@aclu.org

Robert Hodgson
Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
(212) 607-3300
RHodgson@nyclu.org
*Counsel for Plaintiff*

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
Date:  September 16, 2024