May 16, 2025

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: American Civil Liberties Union v. U.S. Department of Homeland Security, et al., No. 1:20-cv-10083-PGG**

Dear Judge Gardephe,

    Following the last joint status update filed on March 14, 2025, ECF No. 57, in the above-referenced Freedom of Information Act ("FOIA") case seeking records related to the defendant agencies' purchase of cell-phone location data for immigration enforcement and other purposes, we write, jointly with counsel for Defendants, to provide this Court an update on the progress of this case.

    Since the last joint status update letter, Defendants have confirmed that there are no pending productions from U.S. Customs and Border Protection and U.S. Secret Service. After reviewing Defendants' productions and descriptions of withheld records, Plaintiff informed Defendants that only one fully withheld document, identified by Defendant U.S. Immigration and Customs Enforcement ("ICE"), remained in dispute. ICE produced a partially unredacted version of that document, and Plaintiff has now informed Defendants that it does not intend to challenge any of Defendants' withholdings. There are therefore no remaining disputes over search, processing, or production of records, and no need for filing of motions for summary judgement.

    The parties will attempt to reach an agreement on attorneys' fees and costs. We request leave from the Court to file a further status update letter on June 27, 2025.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*(signature)*
Paul G. Gardephe, U.S.D.J.

Date: May 16, 2025

Respectfully submitted,

*/s/ Lauren Yu*
Lauren Yu
Nathan Freed Wessler
Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor

New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org
agorski@aclu.org

Robert Hodgson
Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
RHodgson@nyclu.org
*Counsel for Plaintiff*