UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>- against -<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 20 Civ. 10083 (PGG) |

**STIPULATION AND ~~PROPOSED~~ ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, on February 10, 2020, Plaintiff American Civil Liberties Union made substantively identical requests (the "Requests") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the following federal agencies: United States Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP"), and United States Immigration and Customs Enforcement ("ICE" and together with the other defendant agencies, "Defendants");

WHEREAS, the Requests sought various records concerning Defendants' purchase and use of cell phone location data;

WHEREAS, on December 2, 2020, Plaintiff filed this action challenging what they contended was Defendants' inadequate response to the Requests, Dkt. No. 1;

WHEREAS, on November 19, 2021, the Court directed that DHS forward the Requests to the United States Secret Service ("USSS") and the United States Coast Guard ("USCG"), Dkt. No. 34;

WHEREAS, Defendants, USSS, and USCG have conducted searches and processed potentially responsive records;

WHEREAS, the parties have resolved all issues related to search and processing in this matter, and agree that the only outstanding issue in this case is Plaintiff's claim for attorneys' fees and costs; and

WHEREAS, the parties wish to resolve Plaintiff's claim for attorneys' fees and costs consensually and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1.  Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, Defendants, USSS, and USCG, collectively, shall pay to Plaintiff the sum of fifteen thousand dollars ($15,000.00) for attorneys' fees and litigation costs ("Settlement Amount"). This payment shall constitute full and final satisfaction of any claims by Plaintiff for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfers, and counsel for Plaintiff will promptly provide to counsel for Defendants all information required by Defendants to effectuate the transfers.

2.  Plaintiff releases and discharges Defendants, USSS, USCG, and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims that Plaintiff asserted, or could have asserted at the time this action was filed, in this litigation arising out of Plaintiff's Requests.

3.  This action is accordingly dismissed with prejudice and without costs or fees other than as provided in Paragraph 1 of this Stipulation and Order, provided that the

Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4.  Nothing in this Stipulation and Order shall constitute an admission that Defendants, USSS, or USCG is liable for any attorneys' fees or litigation costs, or that Plaintiff "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or is entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiff's view, be compensable as attorneys' fees in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's claims for attorneys' fees and litigation costs. Except as provided for in Paragraph 2 above, this Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5.  This Stipulation and Order contains the entire agreement between the parties with respect to this action, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel with respect to this action that is not included herein shall have any force or effect.

6.  This Stipulation and Order may be executed in counterparts each of which shall be deemed to be one and the same.

Dated: New York, New York  
       September 18, 2025

    JAY CLAYTON  
    United States Attorney

By: _____  
    JESSICA ROSENBAUM  
    ALYSSA O'GALLAGHER  
    Assistant United States Attorneys  
    86 Chambers Street, 3rd Floor  
    New York, NY 10007

Dated: New York, New York  
       September 19, 2025

    AMERICAN CIVIL LIBERTIES UNION

By: _____  
    NATHAN FREED WESSLER  
    LAUREN YU  
    American Civil Liberties Union  
    125 Broad Street  
    New York, NY 10004

The Clerk of Court is directed to close this case.

SO ORDERED:

_____  
HON. PAUL G. GARDEPHE  
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2025